421413

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 700 Federal Building**
**316 North Robert Street, St. Paul, MN 55101**
**Phone: 651-848-1100**

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02 CV-463 Case Title: H.B. Fuller Company, a Minnesota Corporation, and H.B. Fuller Mexico, S.A. de C.V., a Mexican Corporation vs. ACE American Ins. Company, a Pennsylvania Corporation

**Affidavit of Movant**

I, Lawrence J. Hayes, Jr., an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gale White, an attorney admitted to practice in the Eastern District of Pennsylvania, the Middle District of Pennsylvania, and the District of New Jersey, but not admitted to the bar of this court, who will be counsel for the () plaintiff (X)defendant ACE American Insurance Company in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 42821 2/28/02
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Gale White, am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, Middle District of Pennsylvania and the District of New Jersey, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

GALE WHITE [signature] February 27, 2002
Type/Print Name Signature Date

Attorney License Number: PA # 46485
Law Firm Name & Address: White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-6234

Motion Granted: [signature] Date: FEB 28 2002
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd)(9/01)

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______