UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

H.B. Fuller Company, a Minnesota corporation, H.B. Fuller Mexico, S.A. De C.V., a Mexican corporation,

Plaintiffs,

vs.

Ace American Insurance Company, a Pennsylvania corporation,

Defendant.

Civil 02-463 (~~RHK~~ DSD/JMM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 4, 2002

RICHARD H. KYLE
United States District Judge

FILED MAR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

H.B. Fuller Company

vs. 0:02cv463DSD/JMM

Ace American Ins. Co.

The above-entitled matter has been re-assigned to Judge David S. Doty pursuant to an Order of Disqualification by Judge Richard H. Kyle. Please note the change in the presiding judge's initials and refer to them when submitting documents to the court. Please also know that Magistrate Judge Mason remains on this case.