UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

H.B. FULLER COMPANY and
H.B. FULLER MEXICO, S.A. DE C.V.,

Plaintiffs,

CIVIL NO. 02-463 (DSD/SRN)

v.

ORDER

ACE AMERICAN INSURANCE COMPANY,

Defendant.

PLEASE TAKE NOTICE that the Pretrial Conference previously scheduled for June 21, 2002 is canceled. Counsel for the Parties shall jointly contact Ms. Beverly Riches, Calendar Clerk to U.S. Magistrate Judge Susan Richard Nelson, 651-848-1200, to reschedule the pretrial conference.

Dated: June 17, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

JUN 18 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________