**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**H.B. Fuller Company; and**
**H.B. Fuller Mexico, S.A. De C.V.;**

**Plaintiffs,**

v.

**Ace American Insurance Company,**

**Defendant.**

**Civil No. 02-463 (DSD/SRN)**

**NOTICE OF**
**PRETRIAL CONFERENCE**

TO: Plaintiff above named and to Lauren E. Lonergan, Esq., Scott G. Bowman, Esq., Julie H. Firestone, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, attorneys for Plaintiff;

Defendants above named and to Lawrence J. Hayes, Jr., Esq., Knutson, Flynn & Deans, 1155 Centre Pointe Drive, Suite 10, Mendota Heights, MN 55120; and Gale White, Esq., and Anthony L. Miscioscia, Esq., White & Williams, 1800 Liberty Place, Philadelphia, PA 19103-7395, attorneys for Defendants.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff's counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

## I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District as amended effective November 1, 1996, a pretrial conference of trial counsel in the above matter will be held in Chambers at 242 U.S.

Filed JUL 15 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **August 27, 2002, at 2:30 p.m.**, before United States Magistrate Judge Susan Richard Nelson to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

## II. MEETING, REPORTS AND DISCLOSURES REQUIRED

A. The required Rule 26(f) Report has been submitted by the parties.

B. **Each party shall submit a Letter/Memorandum concerning settlement, which shall remain confidential between the Court and that party. The confidential letter shall be delivered to Magistrate Judge Nelson's chambers at least three days prior to the pretrial conference.**

## III. EXERCISE OF JURISDICTION BY U.S. MAGISTRATE JUDGE PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 636(c)

If the parties consent to have this matter tried before the Magistrate Judge, all counsel are requested to sign the enclosed form by **August 27, 2002**. Send the form directly to:

Connie Baker
Calendar Clerk to Sr. Judge David S. Doty
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: July 12, 2002

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge