**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

H.B. Fuller Company, a Minnesota corporation and H.B. Fuller Mexico, S.A. de C.V., a Mexican corporation,

Plaintiffs,

v.

ACE American Insurance Company, a Pennsylvania corporation,

Defendant

SRN
Civil No. 02-463 (DSD/[redacted])

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that the above-entitled action may be dismissed with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: May 12, 2003

**BRIGGS AND MORGAN, P.A.**

By: ______________________
Lauren E. Lonergan (#143443)
Scott G. Bowman (#218467)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**Attorneys for Plaintiffs**

1521311v1

Exhibit A

FILED MAY 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 15 2003
DEPUTY CLERK ______

Dated: April 18, 2003

**WHITE AND WILLIAMS LLP**

By: ______________________
Gale White (Pa. Atty. #46485)
Anthony Miscioscia (Pa. Atty. #69215)
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-7000

and

Lawrence J. Hayes, Jr.
Knutson, Flynn & Deans, P.A.
1155 Centre Pointe Drive, Suite 10
Mendota Heights, MN 55120
(651) 222-2811

**Attorneys for Defendant**

**ORDER**

Pursuant to the foregoing Joint Stipulation of Dismissal with Prejudice, the above-entitled matter is hereby dismissed with prejudice, without costs or disbursements to any party and that a judgment of dismissal with prejudice shall be entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 5/15/03

**BY THE COURT:**

______________________
The Honorable David S. Doty
Judge of District Court